## STATE OF CONNECTICUT *v.* LILLIAN A. LOUGHLIN (9647)

DUPONT, C. J., O'CONNELL and NORCOTT, Js.

Argued June 5—decision released June 25, 1991

*Vincent P. McCarthy,* for the appellant (defendant).

*Carolyn K. Longstreth,* assistant state's attorney, with whom were *John O'Reilly,* assistant state's attorney, and, on the brief, *John Bailey,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.

## L. AND L. BUILDERS, INC. *v.* DEBRA PARMELEE (9771)

NORCOTT, FOTI and LANDAU, Js.

Argued June 4—decision released June 25, 1991

*Debra Parmelee,* pro se, the appellant (defendant).
*George A. Law,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.